**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Riverbay Corporation,

        Plaintiff-Counterdefendant,

   -against-                              22 **CIVIL** 10994 (LJL)

## JUDGMENT

Service Employees International Union,
Local 32BJ,

        Defendant-Counterclaimant,
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 31, 2023, the Respondent's Motion for Summary Judgment to Confirm the Arbitration Award, Dkt. No. 20, is GRANTED IN PART AND DENIED IN PART. Petitioner's Motion for Summary Judgment to Vacate the Arbitration Award, Dkt. No. 24, is DENIED; accordingly, the case is closed.

**Dated:** New York, New York

      May 31, 2023

                                                   **RUBY J. KRAJICK**

                                                    **Clerk of Court**

                  **BY:**       *K. Mango*

                                                    **Deputy Clerk**